ORI

RECEIVED
SEP 25 2009
PRO SE OFFICE

Original Court copy

UNITED STATES DISTRICT COURT-EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **WILLIAM F. BANKHEAD, and SILDA (RAMERIZ) BANKHEAD,**<br><br>Plaintiff,<br><br>vs<br><br>**LOS ANGELES DODGERS, EBAY, INC; PAY PAL,**<br><br>Defandant, | Docket Number____________<br><br>CV 09 4309<br><br>**CLAIMS FOR:**<br><br>1). MISAPPROPRIATION OF NAME, AND LIKENESS<br><br>2). STATUTORY RIGHT OF PRIVACY<br><br>3). UNJUST ENRICHMENT<br><br>4). 42 USC 1982 (PROPERTY RIGHTS)<br><br>5). EMOTIONAL DISTRESS<br><br>6). CONSPIRACY)<br><br>7). LANHAM ACT VIOLATION<br><br>8). LOSS OF CONSORTIUM |

GARAUFIS, J.

BLOOM, M.J.

**Diversity of Citizenship Complaint**

Plaintiffs named within the above caption hereby, and in good faith, alleges as follows;

**Introduction**

1. This is an action brought by heirs of the late Brooklyn Dodgers Pitcher, Dan Robert Bankhead seeking an immediate temporary and permanent injunction, plus financial awards premised upon the defendants ***repeated reprints and reproduction*** of the LIKENESS AND NAME of the professional baseball player aforementioned upon trading cards and other media for the purpose of, inter alia, auctioning, advertising, and promotion in the aid of sales of products and ultimately to secure for themselves financial profits without regard to the rights of the surviving heirs, that is—the Plaintiffs. Throughout the described activity, the defendants have joined together, either by written agreement or orally, but certainly by their own silence and duty to complained on their own, to ignore all rights of Afro-Hispanic heirs to the Professional Athlete by (1) permitting interlopers, counterfeiters, and infringers of Intellectual Property/Copyrights to make use of the professional baseball team's logo the--- ***"Dodgers"*** upon trading cards and other media, and (2) in conjunction with the likeness and name of ***Dan Bankhead.*** Neither was done for the purposes of criticism, comment, news reporting, teaching, scholarship, educational, nor fair usage. Rather, the use of the name

and likeness of Dan Bankhead was motivated, at its inception, by racism, greed and monetary gain where the defendant *each stand to profit from the exploitation of the described material above without paying the heirs the customary price and royalties normally allowed White heirs of Professional Athletes.* The defendant have a long history and custom of ignoring the Privacy Rights of Afro-Hispanic Athletes heirs, and in this regard discriminating against Dan Bankhead and even Jackie Robinson as ***no contract exist*** allowing the exploitation of the name and likeness of Dan Bankhead as here complained of.

***Jurisdiction***

2. Jurisdiction of this action is based upon federal question jurisdiction pursuant to Title 28, United States Code, Sections 1331, 1331(a) and the Court has jurisdiction over plaintiff's common law claims, infra, and venue is proper pursuant to Title 28, United States Code, Section 1391. It is admitted that, upon information and belief as will be explained herein-below, all of the defendants hereto are residents of the State of California; the plaintiff being residents of New York State. The issue before this court is the violation of , inter alia, the Plaintiff's civil rights pursuant to Title 42 U. S. C. § 1982 , including the Lanham Act, 15 USC § 1125(a), for unauthorized uses of a person's identity in order to create a false endorsement, and raises State claims as detailed in the above caption.

***Parties***

3. ***Plaintiff***-Plaintiff s **WILLIAM F. BANKHEAD, and SILDA RAMERIEZ-BANKHEAD** in the underlying case, are residents of the State of New York, specifically, 1309 Greene Avenue, Brooklyn, NY, 11237. Each are Hispanic persons, and the Son and Daughter-in-Law of the professional baseball pitcher Dan Robert Bankhead, of, inter alia, the Brooklyn Dodgers, and athlete who played in Puerto Rico, Dominican Republic, Venezuela, Canada, Mexico, Cuba, including States-side-America with the Brooklyn Dodgers and African-American teams.

4. ***Defendant-*** Defendant **EBAY, INC** in the underlying case, upon information and belief, is a corporation and business entity duly form and existing in accordance with the laws of the State of California. This defendant has as it principle place of business at 2145 Hamilton Avenue, San Jose, California, 95125.
5. The above named defendant here engages in world-wide sales from Argentina Australia Austria Belgium Brazil Canada China France Germany Hong Kong India Ireland Italy Korea Malaysia Mexico Netherlands New Zealand Philippines Poland Singapore Spain Sweden Switzerland Taiwan Thailand Turkey United Kingdom United States Vietnam.

6. ***Defendant***-Defendant PayPal, Inc, is, is a corporation and business entity duly form and existing in accordance with the laws of the State of California. This defendant has as it principle place of business at ebay Park North, 2211 North First Street, San Jose, California, 95131.
7. ***Defendant***-Los Angeles Dodgers, is, upon information and belief, a corporation and business entity duly form and existing in accordance with the laws of the State of California. This defendant has as it principle place of business at Dodger Stadium 1000, Elysion Park Avenue, Los Angeles, California, 90012, Tele # 323-224-1500.

**The Facts**

8. That, in fact, Dan Bankhead (a/k/a "Dan Robert Bankhead," "Dan R. Bankhead") as described by the

purchased by the Dodgers, hit a home run in his first major league at bat on August 26, 1947 in Ebbets Field against the Pittsburgh Pirates. But, indicative of his future career on the mound, Bankhead gave up 10 hits in 3-1/3 innings pitching in relief. He was shipped to the minor leagues for the 1948 and 1949 seasons. Pitching for minor league clubs in Nashua, New Hampshire and St. Paul, Minnesota in 1948, he recorded 24 wins and 6 losses. He returned to the Dodgers for the 1950 season and recorded 9 wins and 4 losses with a 5.50 earned run average. In 1951, his final year in the league, he appeared in only 7 games and recorded a record of 0 wins and 1 loss with an earned run average of 15.43. He died of cancer at a Veterans Administra tion hospital in Houston, Texas. During World War II, he served in the Marine Corps from 1942 to 1945."

AND in *"BullPen,"* he is described further as:




Daniel Robert Bankhead

" **Bats** Right, **Throws** Right
**Height** 6' 1", **Weight** 184 lb.
**Debut** August 26, 1947
**Final Game** July 18, 1951
**Born** May 3, 1920 in Empire, AL USA
**Died** May 2, 1976 in Houston, TX USA

Biographical Information The brother of Negro Leaguers Sammy Bankhead, Fred Bankhead, Garnett Bankhead and

Joe Bankhead, **Dan Bankhead** had impressive winning percentages in the Negro Leagues, minor leagues and major leagues. Dan was the first African-American pitcher in the majors. His baseball career covered a 26-year period, with a couple breaks, and saw him move gradually from pitching to the field. Bankhead was hyped as the next Satchel Paige early in his career, which started off on an impressive note. After a 2-1 season for the Birmingham Black Barons in 1940, Dan went 6-1 in 1941 with a 0.96 RA. He led the Negro American League in RA by .71 over Lefty McKinnis. He was third in wins behind Hilton Smith and Paige. In the 1941 East-West Game, the 21-year-old pitched two scoreless innings, allowing one hit and one walk for the West. He started off 1942 3-0 to run his career record to 11-2 before his career was halted by World War II. Bankhead served in the US military from 1943 through 1945. In 1946, Dan returned to baseball, now with the Memphis Red Sox. He went 7-3 with a 3.14 RA, third behind Paige and Gentry Jessup. He tied Jimmy Newberry and Jessup for second in wins behind Connie Johnson and his 42 strikeouts led the NAL. He was Memphis's highest-paid player at this point in time. In the first 1946 East-West Game, he started for the West but allowed two runs in 3 innings. He pitched three relief innings in the second 1946 East-West Game, allowing no runs and getting the win for the West. In the winter of 1946-1947, Bankhead struck out 179 in the Puerto Rican Winter League for Caguas and went 12-8. For Memphis in 1947, he went 4-4 but ranked fourth in RA (4.85) and led the NAL in strikeouts once more, with 113. Starting for the West in the first East-West Game of 1947, Dan pitched three innings and allowed one run and one hit. He again picked up the win. He had gone 23-9 in the Negro Leagues and 2-0 in East-West Games. He joined the Brooklyn Dodgers in 1947 to become the first African-American pitcher in the major leagues. He homered in his first major league at-bat but allowed 8 runs and 23 baserunners in 10 innings over four games. Sent down to the minors in 1948, Bankhead won 24 games. He went 20-6 with a 2.35 ERA and a no-hitter for the Nashua Dodgers. He led the New England League in wins and was second in ERA. He also was 4-0 with a 3.60 ERA for the St. Paul Saints.

In 1949, Bankhead went 20-6 with a 3.76 ERA for the Montreal Royals. He was second in the International League in wins, two behind Al Widmar, and led in starts (34) and strikeouts (176). He also hit .323/~.353/.449 and took turns in the outfield, at first base and as a pinch-hitter. His 170 walks led the IL, though.

In the 1949-1950 Puerto Rican League, Bankhead struck out 131 for Caguas. He blanked the defending champion Almendares Blues in the first game of the 1950 Caribbean Series, outdueling Connie Marrero 1-0. Bankhead led the Series with 16 strikeouts in 16 IP, but lost his other two decisions.

Bankhead spent his only full season in the majors with the 1950 Dodgers. He hit .231/.268/.256 and went 9-4 with 3 saves, but with a 5.50 ERA and 88 BB in 129 1/3 IP.

He was 0-1 with a 15.43 ERA and 2.93 WHIP in 7 games for the 1951 Dodgers and was sent down to stay. He had a 9-5 record overall in the major leagues. For the 1951 Montreal squad, Dan hit .364/~.417/.500 but was just 2-6 with a 3.91 ERA on the mound in 10 games. He was 0-1 with a 6.92 ERA for Montreal in 1952 and was let go by Brooklyn. He had gone 46-19 in the US-based minor leagues and was now 78-33 in the regular season between the minors, majors and Negro Leagues. He would spend the rest of his career mostly as a hitter.

Dan split 1953 between the Drummondville Royals (.275/~.383/.413 in 47 games, mostly at first base) and the Monterrey Sultans (1-0, 3 H and 12 K in 10 IP, .281/~.405/.448). In 1954, Bankhead hit .273/~.351/.460 for Monterrey, with 7 HR in 198 AB. On the mound, he was 2-2 with a 5.56 ERA and 31 BB in 34 IP. The next year, the 35-year-old batted .316/~.368/.488 with 9 HR, 54 R, 46 RBI and 10 SB in 297 AB. He was 0-1 with a 9.00 ERA in his brief pitching time.

In 1956, Bankhead hit .288/~.330/.425 for the Veracruz Eagle and Mexico City Tigers and won his lone decision. In 1957, he played for the Rieleros de Aguascalientes, moving down to the Central Mexican League. Used as a utility infielder, he hit .361/~.433/.528 with 52 RBI in 252 AB and would have been 8th in average had he qualified - he was about 26 plate appearances shy. On the mound, the veteran was 2-2 with a 6.30 ERA and 22 walks in 30 innings.

Bankhead does not appear to have played in 1958. In 1959, he returned to the Eagle and hit .244/~.320/.289 in 28 games. He then joined the Puebla Parrots and hit .378/~.440/.451 in his age-40 season. He went 5-2 with a 4.50 ERA on the mound, seeing more regular pitching action than he had in 8 years.

In 1961, he was 8-2 with a 5.14 ERA for Puebla and hit .253/~.325/.320. 1962 saw him pitch 47 games, 42 out of the bullpen, with a 9-6, 4.06 record. He batted .310/~.355/.333.

During 1963, age finally caught up with Dan. He was 2-5 with a 5.23 ERA and hit .231/~.333/.282. He went down to the Mexican Center League in 1964 with the Leon Broncos and went 4-1 with a 4.20 ERA while hitting .441 with 4 HR and 41 RBI. He did not play in 1965.

In 1966, his age-46 season, Dan went 1-0 with a 4.74 ERA for the Reynosa Broncos. He was 6 for 14 at the plate and was the club's player-manager.

Overall, Bankhead had gone 29-18 with a 4.67 ERA in the Mexican League and 6-3 in minor Mexican loops. At the plate, he had hit .293/~.359/.421 in the LMB.

Bankhead's record, discounting All-Star competition, post-season play and winter ball, was 113-54.

Bankhead threw a fastball and screwball primarily.

Sources: *The Mexican League: Comprehensive Player Statistics* by Pedro Treto Cisneros, *Black Baseball's National Showcase* by Larry Lester, *The International League: Year-by-Year Statistics* by Marshall Wright, *The Complete Book of Baseball's Negro Leagues* by John Holway, *The Biographical Encyclopedia of the Negro Baseball Leagues* by James Riley, 1954 and 1958 Baseball Guides, Pat Doyle's Professional Baseball Player Database, *Cuban Baseball: A Statistical History* by Jorge Figueredo "

9. The athlete is the Father of the Plaintiff William F. Bankhead, and the Father-in-Law to Silda (Ramirez) Bankhead. Without argument, Dan Bankhead is an African-American, and as such is Jackie Robinson both of which were team-mates, and had to endured racism on and off the field during the times each played. Yet, discrimination has not ended even though these ball players have passed on; their celebrity status still is valuable to the defendants here. Dan Bankhead, prior to his death, was a resident of Texas.
10. That Plaintiffs, during the month of September, 2009 happened to stumble upon the Defendants ebay and Paypal web-page. There it was discovered that these entities were, and for a long time,making use of the name and likeness of Dan Bankhead upon trading cards and other media for the purpose of, inter alia, auctioning, advertising, and promotion in the aid of sales of products and ultimately to secure for themselves financial profits without regard to the rights of the surviving heirs, that is—the Plaintiffs.
11. That the remaining Defendant hereto, the Los Angeles Dodgers, throughout the described activity, has joined together, either by written agreement or orally, but certainly by its own silence and duty to complained, to ignore all rights of Afro-Hispanic heirs to the Professional Athlete by (1) permitting interlopers, counterfeiters, and infringers of Intellectual Property/Copyrights to make use of the professional baseball team's logo the--- ***"Dodgers"*** upon trading cards, such as the one depicted upon page 3, supra, and other media, and (2) in conjunction with the likeness and name of ***Dan Bankhead.***
12. That neither was done for the purposes of criticism, comment, news reporting, teaching, scholarship, educational, nor fair usage.
13. That the use of the name and likeness of Dan Bankhead was motivated, at its inception, by racism, greed

and monetary gain where the defendant each stand to profit from the exploitation of the described material above without paying the heirs the customary price and royalties normally allowed to White heirs of Professional Athletes, and without challenge.

14. The defendant have a long history and custom of ignoring the Privacy Rights of Afro-Hispanic Athletes heirs, and in this regard discriminating against Dan Bankhead heirs as ***no contract exist*** between any Defendants hereto and the Plaintiffs, neither was any agreement entered between Dan Bankhead and any Defendants or the athletes baseball teams allowing the exploitation of this person's name and likeness.
15. That commercial interest of celebrities in their identities is protected, and in this case, by the heirs under Texas statutes, and the Federal Constitution's *"Full Faith and Credit"* Clause which permits this action to proceed here.
16. That upon discovery of the continued and ongoing conduct by the several defendants hereto, the Plaintiffs immediately and without delay took action and filed the instant lawsuit, and within a reasonable time.
17. That Defendants have permitted, acquiesces, and combined and joined together to racially, and even Illegally, corruptly, and criminally carried on the conduct described throughout this complaint.That Prosser, *Privacy, 48 Cal.L.Rev. 383, 401-07 (1960),* one of the earliest and most enduring articulations of the common law right of publicity cause of action, recognized that right of publicity cases involved one of two basic factual scenarios: name appropriation, and picture or other likeness appropriation. *Id. at 401-02, nn.156-57.* Even though Prosser focused on appropriations of name or likeness in discussing the right of publicity, he noted that "it is not impossible that there might be appropriation of the plaintiff's identity, as by impersonation, without the use of either his name or his likeness, and that this would be an invasion of the right of privacy." *Id. at 401, n.155.1*; *Carson v. Here's Johnny Portable Toilets, Inc., 698 F.2d 831 (6th Cir. 1983), and Vanna White, Appellant v.Samsung Electronics America, etc.,(US Court of Appeals, 9th Circuit).*
18. That the several Defendants hereto have shown a racist defiance, despite knowing the rights, and laws protecting the heirs here and the race of the latter, by repeatedly reprinting, and reproducing and commercially selling or using the name and likeness of Dan Bankhead. See, ***EXHIBIT-A***, attached hereto and pleaded herein by reference thereto as if fully written.

## FIRST CLAIM

## (VIOLATION OF THE LANHAM ACT, 15 U.S.C.SECTION 1125)

19. Plaintiffs realleges and incorporates by this reference, each and every allegation contained in Paragraphs 1 through and including 19 of this Complaint with the same force and effect as though herein fully set forth.
20. That this is an action pursuant to the Federal Lanham Act.
21. That the law prohibits as follows: False designations of origin; false description or representation (a) (1) Any person *who, on or in connection with any goods or services*, or any container for goods, uses in commerce any word, term, name, symbol, or device, or any combination thereof, *or any false designation of origin, false or misleading description of fact, or false or misleading representation of fact, which-- (A) is likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, or association of such person with another person, or as to the origin, sponsorship, or approval of his or her goods, services, or commercial activities by another person, or* (B) in commercial advertising or promotion, misrepresents the nature, characteristics,

qualities, or geographic origin of his or her or another person's goods, services, or commercial activities, shall be liable in a civil action by any person who believes that he or she is or is likely to be damaged by such act.

22. That clearly violations of the Lanham Act has occurred through the illegal, corrupt or criminal conduct by the defendants.
23. That a false or misleading representation of fact which is likely to cause confusion or to cause mistake or to deceive as to the association of the defendants hereto to either the Plaintiffs or Dan Bankhead or the latter having sponsored, approved goods, services or commercial activities did result.
24. As a result Plaintiffs have been or is likely to be injured in an amount in excess of ***$30,000.000.00.***

**SECOND CLAIM**

**(STATUTORY VIOLATION OF RIGHT OF PUBLICITY, TX PROPERTY s 26.002 V.T.C.A., Property Code s 26.002)**

25. Plaintiffs realleges and incorporates by this reference, each and every allegation contained in Paragraphs 1 through and including 19 of this Complaint with the same force and effect as though herein fully set forth.
26. That this is an action brought pursuant to the Texas Right of Publicity, namely, the VERNON'S TEXAS STATUTES AND CODES ANNOTATED PROPERTY CODE TITLE 4. ACTIONS AND REMEDIES CHAPTER 26. *USE OF A DECEASED INDIVIDUAL'S NAME, VOICE, SIGNATURE, PHOTO- GRAPH, OR LIKENESS.*
27. That Defendant having full knowledge and experience of the Right of Publicity, and the former residence of Dan Bankhead, and through their own resources, such as, genealogy searches, knew well of the established 50 years protection Plaintiffs have over the name and likeness of Dan Bankhead, and each were aware of the existence of the living heirs of Dan Bankhead.
28. Due to Plaintiffs race or color, the laws protecting the Right of Publicity were ignored by the Defendants and such policy and practice has been an existing and in long standing in the Los Angeles Dodgers (formerly the "Brooklyn Dodgers"), and participated in by the remaining Defendants hereto. Defendants violated Plaintiffs exclusive right over the name and likeness of Dan Bankhead for commercial purposes by knowingly using that person's name and likeness without prior permission or consent. That Dan Bankhead's name and likeness was in Defendants numerous commercial product or to sell commercial products.
29. That Plaintiffs are also entitled to recover statutory damages and any profits made by the Defendants from the unauthorized use of Dan Bankhead's name and likeness.
30. That in engaging in the acts described above the Defendants is guilty of oppression, fraud, or malice, in that the Defendants engaged in such conduct with the intent to vex, injure, or annoy or with conscious and willful disregard of Plaintiffs rights, thereby entitling the Plaintiffs to an award or exemplary or punitive damages in an amount in excess of ***$30,000.000.00.***

## THIRD CLAIM

## (UNJUST ENRICHMENT)

31. Plaintiffs realleges and incorporates by this reference, each and every allegation contained in Paragraphs 1 through and including 19 of this Complaint with the same force and effect as though herein fully set forth.
32. That this is an action for Unjust Enrichment.
33. Defendants have and will continue to profit from ill-gotten gains, and to the detriment of the Plaintiffs rights, and *"Clean Hands."*
34. That the Defendant presently are in retention of that benefit and to which violates the principles of justice, equity, and good conscience.
35. As a result of the above, Plaintiffs are entitled to restitution, a forensic accounting of profits, and imposition of a constructive trust as set by the Court or Trial Jury.

## FOURTH CLAIM

## (TITLE 42 U.S.C 1982 VIOLATIONS)

36. Plaintiffs realleges and incorporates by this reference, each and every allegation contained in Paragraphs 1 through and including 19 of this Complaint with the same force and effect as though herein fully set forth.
37. That this is an action for violation of the Federal Civil Rights Statute, Title 42 U.S. C. 1982, and which says: All citizens of the United States shall have the same right, in every State and Territory, as is enjoyed by white citizens thereof to inherit, purchase, lease, sell, hold, and convey real and personal property.
38. That Plaintiffs have a personal proprietary interests in the name and likeness of Dan Bankhead.
39. That Defendants, due race or color of Plaintiffs, have infringed upon, denied, or deprived the Federally protected rights, privileges, or immunities of persons.
40. That in engaging in the acts described above the Defendants is guilty of oppression, fraud, or malice, in that the Defendants engaged in such conduct with the intent to vex, injure, or annoy or with conscious and willful disregard of Plaintiffs rights, thereby entitling the Plaintiffs to an award or exemplary or punitive damages in an amount in excess of ***$30,000.000.00.***

## FIFTH CLAIM

## (INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS)

41. Plaintiffs realleges and incorporates by this reference, each and every allegation contained in Paragraphs 1 through and including 19 of this Complaint with the same force and effect as though herein fully set forth.
42. That this is an action for Intentional Infliction of emotional Distress.
43. That the Defendants acted outrageously and insensitive when each took and marketed the name and likeness of a deceased member of the Plaintiffs family. Not only was this taking and marketing outrageous, but the refusal, failure or neglect to obtain authorization for same from the Plaintiffs solely because of the latters race or color was apparent to the Defendant that such behavior would cause severe emotional distress to the Plaintiffs. The unauthorized and improper activities by Defendants are occurring at this very moment.

44. Defendants outrageous acts were so extreme in degree as go beyond all bounds of decency in a civilized Society.

45. Defendants intended to cause Plaintiffs emotional distress or acted in reckless disregard of the probability of causing harm to Plaintiffs. That, additionally, by engaging the acts complained here, the Defendants, especially the ***"Dodgers"*** a professional baseball organization, exploited and abused the friendship normally surrounding family members of team players associated with said organization, and violated that trust.

46. Plaintiffs suffered severe emotional distress, including but not limited to grief, worry, sleeplessness, confusion, anger, nervousness and hopelessness.

45. That in engaging in the acts described above the Defendants is guilty of oppression, fraud, or malice, in that the Defendants engaged in such conduct with the intent to vex, injure, or annoy or with conscious and willful disregard of Plaintiffs rights, thereby entitling the Plaintiffs to an award or exemplary or punitive damages in an amount in excess of ***$30,000.000.00.***

## SIXTH CLAIM

## (COMMON LAW CONSIPRACY)

46. Plaintiffs realleges and incorporates by this reference, each and every allegation contained in Paragraphs 1 through and including 19 of this Complaint with the same force and effect as though herein fully set forth.

47. That this is action for Common Law Conspiracy.

48. Defendants and each of them knowingly and willfully conspired and agreed among themselves to perform the acts complained throughout this complaint.

49. In furtherance of, the conspiracy and above-alleged agreement, Defendants furthered the conspiracy by cooperation with each other or lent aid and encouragement or ratified and adopted the acts of all Defendants hereto.

50. That in engaging in the acts described above the Defendants is guilty of oppression, fraud, or malice, in that the Defendants engaged in such conduct with the intent to vex, injure, or annoy or with conscious and willful disregard of Plaintiffs rights, thereby entitling the Plaintiffs to an award or exemplary or punitive damages in an amount in excess of ***$30,000.000.00.***

## SEVENTH CLAIM

## (LOSS OF CONSORTIUM BY PLAINTIFF SILDA R. BANKHEAD)

51. Plaintiffs realleges and incorporates by this reference, each and every allegation contained in Paragraphs 1 through and including 19 of this Complaint with the same force and effect as though herein fully set forth

52. That this is an action for Loss of consortium By Silda (Ramirez) Bankhead.

53. At the time of the Defendants illegal, corrupt or criminal conduct the Plaintiffs were married and that the Plaintiffs continue to be married.

54. That as a result of the wrongful acts of the Defendants, and each of them, the Plaintiffs were caused to suffer and will continue to suffer in the future, loss of consortium, loss of society, affection, assistance, and conjugal fellowship, all to the detriment of their marital relationship. That William F. Bankhead, the husband, has been so obsessed with and angered by the conduct of the Defendants that he has destroyed marital property, and set upon the open environment *"Dodgers"* related memorabilia. That all of the aforesaid injuries and damages were cause solely and proximately by the acts by the

Defendants.

56. That in engaging in the acts described above the Defendants is guilty of oppression, fraud, or malice, in that the Defendants engaged in such conduct with the intent to vex, injure, or annoy or with conscious and willful disregard of Plaintiffs rights, thereby entitling the Plaintiffs to an award or exemplary or punitive damages in an amount in excess of ***$30,000.000.00.***

WHEREFORE, Plaintiffs pray and demand judgment against the Defendant as detailed within the several Claims above, and, as applicable:

1). Injunctive relief;

2). Attorneys fees; and

3). Court cost, and interest

4). Plaintiff hereby demands a trial by jury.

Dated: Sept 24th 2009

RESPECTFULLY SUBMITTED,

SILDA (RAMIREZ) BANKHEAD

WILLAIM F. BANKHEAD

1355 Dekalb Avenue, Brooklyn, NY, 11212

EXHIBIT A

# DAN BANKHEAD - BROOKLYN DODGERS' REPRO B/W PHOTO




$5.49




$5.49



# Dan Bankhead

## REPRODUCTION 8.5" x 11" - *Black and White*

## DODGERS'- *Late 1940's* - PHOTO

We are presenting for your consideration a nice *Black & White Photo* of ***Dan Bankhead*** - on *Heavy Photo Stock*. This is a very nice reproduction of the **Brooklyn Pitcher** . The original photo came from a personal collection. This is a nice photo addition to display of one of the legends of the game. You will receive one exactly like the one imaged.

***REPRINTS ARE ONLY AS CLEAR AS THE ORIGINALS.***

...... The image is close to what the item looks like, but nothing is perfect. We have done the best we can to describe it and provide an image. *We also combine ALL prints at a discount price; please email us for any multi-purchased prints purchased at the same time.*

---

... Settlement is expected within 10 days from the close of the auction. PA residents are required to pay sales tax. Shipping/Handling is a set price. *All items are sent via USPS Priority Mail, with Confirmation.* **PLEASE NOTE:** *We sell to the* **US ONLY** - No Exception.

## We Accept Pay Pal Only

..... Thank You for your time and consideration. Please look at our other reprints & canvas originals in our eBay Store – Sports Story Reprints. **stores**

---

# Buyer to pay $5.95 for Shipping/Handling

**PA Residence is Required to Pay Sales Tax**

## *You may be interested in on eBay.*

Created by eBay Blackthorne ver. 3.2.151.0




# Dan Bankhead

## REPRODUCTION 8.5" x 11"

## - *Black and White* -

## Brooklyn Dodgers' - PHOTO

We are presenting for your consideration a nice *Black & White Photo* of **Dan Bankhead** - on *Heavy Photo Stock*. This is a very nice reproduction of the ***Dodger's*** ***Pitcher '47, '50 & '51*** . The original photo came from a personal collection. This is a nice photo addition to display of one of the legends of the game. You will receive one exactly like the one imaged.

***REPRINTS ARE ONLY AS CLEAR AS THE ORIGINALS.***

The image is close to what the item looks like, but nothing is perfect. We have done the best we can to describe it and provide an image. *We also combine ALL prints at a discount price;*

*please email us for any multi-purchased prints purchased at the same time....* Settlement is expected within 10 days from the close of the auction. PA residents are required to pay sales tax. Shipping/Handling is a set price. *All items are sent via USPS Priority Mail, with Confirmation.*
**PLEASE NOTE**: *We sell to the* **US ONLY** - No Exception.

## We prefer Pay Pal Only

..... Thank You for your time and consideration. Please look at our other reprints & canvas originals in our eBay Store – Sports Story Reprints. **stores**

# Buyer to pay $5.95 for shipping and handling.

**PA Residence is Required to Pay Sales Tax**

## *You may be interested in our other listings on eBay.*

Created by eBay Blackthorne ver. 3.2.31.0

We're working to make eBay easier to use. View our tutorial | Send us your comments

Watch this item

You have reached your maximum guest watch list limit of 10 items.
Please remove some items from your watch list in My eBay if you want to add more.

This item has been added to your guest watch list in My eBay.

FREE shipping

Top of Form

**1951 BOWMAN BASEBALL CARD #225 Dan Bankhead Reprint**

Item condition: --

Price: US $5.00 Buy It NowBuy It NowBuy It Now

Seller info

dwebwil20004vt2

( 3756 ★ )

Power Seller me

99.6%

Ask a question

See other items



The seller has not uploaded any pictures. Check the item description for details.

You can also: Watch this item

Now watching in My eBay Now watching in My eBay

| | |
|---|---|
| Shipping: | FREE shipping US Postal Service First Class MailSee more services ▾ See discounts ▾ \| See all details<br>Estimated delivery within 7-10 business days |
| Returns: | 7 day money back, buyer pays return shipping \| Read details |
| Coverage: | Pay with PayPal and your full purchase price is covered \| See terms |

Bottom of Form

Visit store: Nightmares And Notions Comic Cellar

Other item info

| | |
|---|---|
| Item number: | 170366001888 |
| Item location: | Oakland, United States |
| Ships to: | United States |
| Payments: | PayPal, Pay on pickup See details |

Share Print Report item

| | | | | | |
|---|---|---|---|---|---|
| Excellent | 750 - 840 | Fair | 620 - 659 | I Don't Know | ???? |
| Good | 660 - 749 | Poor | 340 - 619 | Find out INSTANTLY! | |

Mail | Contacts | Calendar | Notepad

What's New? | Mobile Mail | Options

Check Mail | Compose

Search Mail | Search the Web

Find Anybody's Email Address!

Folders [Add]

Inbox (243)
Drafts (37)
Sent
Spam (200) [Empty]
Trash [Empty]

Chat & Mobile Text [Hide]

I am Available

1 Online Contact [Add]

william bankhead

Not Listed? New Chat

0 Mobile Contacts [Add]

You don't have any Mobile Text contacts yet.

Start a Text Message

Settings

Search Shortcuts

My Photos
My Attachments

ADVERTISEMENT

Have You Checked Your Credit Score This Month?

| | |
|---|---|
| Excellent | 750 - 840 |
| Good | 660 - 749 |
| Fair | 620 - 659 |
| Poor | 340 - 619 |
| I Don't Know | ???? |

Find out INSTANTLY!

Previous | Next | Back to Messages

Delete | Reply | Forward | Spam | Move...

STOLEN BASEBALL CARDS

From: "william bankhead" <wfbankhead@yahoo.com>

To: wfbankhead@yahoo.com

ebY

Welcome! Sign in or register.

Categories ▾ Motors Stores Daily Deal

Search Advanced Search Buy Sell My eBay Community Help

ADVERTISEMENT (about)

Home > Buy > **Search results for "dan bankhead"**

Find dan bankhead In All Categories Search [ Advanced Sea

☐ Include title and description

**Refine search**

In Sports Trading Cards

Professionally Graded

Yes (2)
No (2)
**Choose more...**

Price

$ to $

Original or Reprint

Product

Year

Seller

Categories

**Sports Mem, Cards & Fan Shop** (4)
Cards (4)

**Preferences**

Buying formats

Auction
Buy It Now
Include Store inventory
**Choose more...**

Show only

Completed listings
Free shipping
**Choose more...**

Location

All items | Auctions only | *Buy It Now* only

4 results found for **dan bankhead** [ Save this search ]

View as List [ Customize view ]



1952 Parkhurst Baseball #064 DAN BANKHEAD - PSA 8



PSA 7 1951 Bowman DAN BANKHEAD

Enlarge



NICE 1951 Bowman #225 Dan Bankhead Brooklyn Dodgers $40



1951 BOWMAN #225 DAN BANKHEAD

**33 items found in eBay Stores**



1951 Bowman #225 Dan Bankhead RC - Brooklyn Dodgers EX!

Store: The Fun Card Shop



1951 Bowman Baseball Dan Bankhead #225

Store: Tom's Vintage Sports ...



1951 Bowman Dan Bankhead Brooklyn Dodgers #225

Store: SwamiLee's Sports And...

ebY Sign in or register

Search Advanced Search Buy Sell My eBay Community Help

Site Map

Categories ▾ Motors Stores Daily Deal

Back to Search Results | Listed in category: Art > Art from Dealers & Resellers > Drawings

eBay Security & Resolution Center

We're working to make eBay easier to use.

View our tutorial | Send us your comments

Watch this item




Zoom unavailable Enlarge

## NEGRO LEAGUE 11x14 Original Art: DAN BANKHEAD, Barons

Item condition: --

Time left: 21 days 8 hours (Oct 15, 2009 20:44:46 PDT)

Price: **US $24.99** Buy It Now

You can also: Watch this item

Shipping: **$3.50** US Postal Service First Class Mail | See all details
Estimated delivery within 3-6 business days

Returns: 7 day money back, buyer pays return shipping | Read details

Coverage: Pay with PayPal and your full purchase price is covered | See terms

### Seller info

**thebaseballhobbyist** ( 6704 ☆ )

Power Seller 100%

Ask a question

See other items

Visit store: The Baseball Hobbyist and Gram

### Other item info

Item number: 370261026019

Item location: Edmonds, Washington, United States

Ships to: United States, Canada, Mexico

Payments: PayPal See details

Share Print Report item

**Description** **Shipping and payments**

### Item specifics

| | | | |
|---|---|---|---|
| Listed By: | Dealer or Reseller | Medium: | Charcoal |
| Size Type/Largest Dimension: | Small (Up to 14") | Subject: | Sports & Recreation |
| Signed?: | Unsigned | Original/Reproduction: | Original |
| Date of Creation: | 1970-1989 | Region of Origin: | US |

### The Baseball Hobbyist and Gram

Visit my eBay store

Search Store

Hall of Fame | Limited Edition sets | Conlon Collection | Autographs | Display Pieces

*Offered for your consideration ...*

## Original Unsigned 11" by 14" Artwork

# DAN BANKHEAD ~ *Birmingham Black Barons*

## Unique item of a Negro League Great!

**This is your opportunity to acquire an original art piece depicting a Negro League all-time great. It appears to be done in charcoal on heavy white board. Size is 11" by 14" overall with image size being approximately 8" by 9". The player's name is penciled lightly in the lower right corner. The artist is unknown.**

**About the DAN BANKHEAD (1920-1976), according to the Negro League Baseball Player's Association:** Dan Bankhead, of Empire, Alabama, was one of five brothers that played professional baseball in the Negro Leagues. He signed his first baseball contract with the Birmingham Black Barons in 1940. By 1947, he was a dominating pitcher for the Memphis Red Sox of the Negro American League often compared to fireballer Bob Feller. He also was an outstanding hitter boasting a .385 average that season.

Branch Rickey, in sore need of solid pitching for his Brooklyn Dodgers, purchased Bankhead's contract from Memphis in late August. On August 26, 1947, the 6'1" right-hander took the mound in the second inning against the Pittsburgh Pirates. Unfortunately, Bankhead was hit hard yielding 10 hits in three innnings. He salvaged some of his pride at the plate, though. Bankead smacked a home run in his first major league at bat becoming the only National League pitcher ever to do so at the time.

Dan Bankhead appeared in three more games before the Dodgers sent him down to the minor leagues. He was called back to the major leagues in 1950 and pitched in a total of 52 major league games. He continued to play pro baseball in Canada and Mexico through 1965. He died in May, 1976 in Houston, Texas.

**A excellent item for the serious baseball hobbyist.**

**Note:** Due to the size of this artwork, the entire image could not be captured by our scanner. The player portrait, however, is included and (as indicated in our description) the player's name is handprinted in small letters at the lower right corner.

---

## Important: Shipping Information

Our goal has always been to keep shipping costs low. Our objective is to sell cards and other things of interest to baseball hobbyists - not make money by overcharging on shipping.

- **U.S. and Canada:** We combine multiple items purchased so you pay only the shipping on the heaviest item - all other items ship free of charge. (An exception would be if an item must be sent via media/book rate.)
- **All Other Countries:** Email us first.
- **To receive your combined shipping,** please wait for us to send you a combined invoice. The eBay checkout system usually displays an incorrect shipping charge. (It is normally too high.) Please do not pay for each item separately; if you pay separately, there is no shipping discount.
- **We pack your order carefully** - sandwiching cards between cardboard and utilizing boxes, bubble wrap, etc., as necessary - to ensure your items arrive in the condition you expect.
- **Insurance is optional but recommended.** Should you decline insurance, our responsibility ends with providing evidence of shipment -no exceptions.
- **Items are shipped** the next business day after we receive your payment. We ship 5 - sometimes 6 - days each week.

**Payment must be made within 10 days after notification of purchase.** Big Box

~ **The Baseball Hobbyist and Gram** invite you to visit their eBay Store ~

Powered by eBay Turbo Lister
The free listing tool. List your items fast and easy and manage your active items.

00004

Don't let this item slip away! Buy It Now | Watch this item

Back to Search Results | Sell one like this

Seller assumes all responsibility for this listing.

eBay Pulse | eBay Reviews | eBay Stores | Austria | France | Germany | Italy | Spain | United Kingdom | Popular Searches | New Pulse
Half.com | Tickets | Kijiji | PayPal | ProStores | Apartments for Rent | Shopping.com | Skype

About eBay | Announcements | Security Center | Resolution Center | eBay Toolbar | Policies | Government Relations | Site Map | Help

Copyright © 1995-2009 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. Use of this Web site constitutes acceptance of the eBay User Agreement and Privacy Policy.

eBay official time

ebY Welcome! Sign in or register.

Search Advanced Search Buy Sell My eBay Community Help

Site Map

Categories ▾ Motors Stores Daily Deal

eBay Security & Resolution Center

ADVERTISEMENT (about)
Online Exclusive! Real Deal.
Get cool phones, Free WITH NEW 2YR ACTIVATION PER PHONE
Free Overnight Shipping with online orders
verizon wireless
Learn More

Home > Buy > **Search results for "dan bankhead"**

Find dan bankhead in All Categories Search [ Advanced Search ]

☐ Include title and description

Related Searches: sam bankhead, david barnhill, jake pitler

## Refine search

**In Baseball Cards**

Professionally Graded

Not Graded (2)
Graded (1)
**Choose more...**

Price

$ to $

Product

Card Attributes

Year

Seller

Categories

**Sports Mem, Cards & Fan Shop** (3)
Cards (3)

Buying formats

Auction
Buy It Now
Include Store inventory
**Choose more...**

Show only

Completed listings
Free shipping
**Choose more...**

Location

US Only
North America
Worldwide
**Choose more...**

Distance

**Customize preferences**

## Recently viewed items

NEGRO LEAGUE 11x14 Or...
**$24.99**
**21d 8h 51m**

ADVERTISEMENT (about)

All items Auctions only *Buy It Now* only

3 results found for **dan bankhead** [ Save this search ]

0 results found for **dan bankhkead**, so we searched for **dan bankhead**. [ Return to original search ]

**View as** List [ Customize view ] **Sort by:** Best Match

| | Item | | Price | Time Left |
|---|---|---|---|---|
|  | 1951 Bowman #225 Dan Bankhead Brooklyn Dodgers | 0 Bids<br>Buy It Now | $4.25<br>$5.00 | 3d 3h 43m |
|  | 1951 Bowman #225 Dan BANKHEAD * Dodgers * PSA 7 | Buy It Now or Best Offer | $49.50 | 17d 7h 47m |
|  | 1951 Bowman DAN BANKHEAD #225 - VG+ - Dodgers -b | 0 Bids | $0.99 | 5d 8h 19m |

**37 items found in eBay Stores**

| | Item | | Price | Time Left |
|---|---|---|---|---|
|  | 1951 Bowman #225 Dan Bankhead RC rookie GOOD<br>Store: Superior Sports Inves... | Buy It Now | $6.00 | --- |
|  | 1951 Bowman #225 Dan Bankhead PSA 6 (1950 9Ws-4Ls)<br>Store: 1951 Sport Cards | Buy It Now | $31.00 | --- |
|  | 1951 Bowman #225 Dan Bankhead RC - Brooklyn Dodgers EX!<br>Store: The Fun Card Shop | Buy It Now or Best Offer | $25.00<br>Free shipping | --- |
|  | NEGRO LEAGUE 11x14 Original Art: DAN BANKHEAD, Barons<br>Store: The Baseball Hobbyist...<br>Enlarge | Buy It Now | $24.99 | --- |
|  | DAN BANKHEAD - PITCHER - REPRO DODGER'S B&W PHOTO<br>Store: SPORTS STORY REPRINTS | Buy It Now | $5.49 | --- |
|  | 1951 BOWMAN #225 DAN BANKHEAD DODGERS NRMINT<br>Store: Codyp2000 Sportcards | Buy It Now | $17.25 | --- |
| | 1951 Bowman #225 Dan Bankhead/Dodgers NM J730 | Buy It Now | $24.95 | --- |





1951 Bowman 225 (R) Dan Bankhead PSA 4 (8695)

Store: 707 Sportscards

Buy It Now — $18.99 Free shipping —



1951 Bowman Dan Bankhead Brooklyn Dodgers #225

Store: SwamiLee's Sports And...

Buy It Now — $3.79 —



1951 Bowman #225 Dan Bankhead *DODGERS* PSA 7 NM

Store: Champs and Bums

Enlarge

Buy It Now — $34.99 —



1951 Bowman #225 Dan Bankhead RC

Store: Burbank Sportscards

Buy It Now — $32.40 —



1951 BOWMAN #225 DAN BANKHEAD BV $40

Store: SPENCER'S SPORTSTIQUE...

Buy It Now or Best Offer — $9.99 —



1951 Bowman 225 (R) Dan Bankhead PSA 5 (6442)

Store: 707 Sportscards

Buy It Now — $23.99 Free shipping —



1951 Bowman 225 (R) Dan Bankhead PSA 6 (5875)

Store: 707 Sportscards

Buy It Now — $34.00 Free shipping —



1951 Bowman #225 Dan Bankhead/Dodgers Ex+-EM L628

Store: Bill Henderson's Card...

Buy It Now — $24.95 —



1951 Bowman #225 Dan Bankhead/Dodgers EM K721

Store: Bill Henderson's Card...

Buy It Now — $24.95 —



DAN BANKHEAD - BROOKLYN DODGERS' REPRO B/W PHOTO

Store: SPORTS STORY REPRINTS

Buy It Now — $5.49 —



1951 Bowman BB #225 Dan Bankhead/Dodgers EX

Store: fgcards and collectib...

Buy It Now — $12.00 —



1951 Bowman #225 Dan Bankhead NM 14067

Store: Battersbox

Buy It Now — $39.00 —



1951 Bowman #225 Dan Bankhead EXMT 14066

Store: Battersbox

Buy It Now — $27.00 —

1951 Bowman #225 Dan Bankhead EX+ 10259

Buy It Now — $18.00 —

| | | | | |
|---|---|---|---|---|
|  | Store: Battersbox | | | |
|  | 1951 Bowman #225 Dan Bankhead Dodgers Empire, AL ex+<br>Store: csacards3 | Buy It Now | $24.95 | -- |
|  | 1951 BOWMAN DAN BANKHEAD CARD NO:225<br>Store: STEP UP TO THE PLATE ... | Buy It Now | $40.00 | -- |
|  | 1951 Bowman #225 Dan Bankhead Brooklyn Dodgers VG<br>Store: Rod's Sports Cards | Buy It Now | $9.00 | -- |
|  | DAN BANKHEAD 1951 BOWMAN #225 BROOKLYN DODGERS POOR<br>Store: HomePlateCards | Buy It Now | $2.48 | -- |
|  | 1951 Bowman Baseball #225 Dan Bankhead (Dodgers) EX+<br>Store: Harry's Sports Cards | Buy It Now | $13.99 | — |
| | 1951 BOWMAN BASEBALL CARD #225 Dan Bankhead Reprint<br>Store: Nightmares And Notion... | Buy It Now | $3.50<br>Free shipping | — |
|  | 1951 Bowman #225 Dan Bankhead Dodgers Ex+ F94<br>Store: Bill Henderson's Card... | Buy It Now | $16.95 | -- |
|  | 1951 Bowman Baseball #225 Dan Bankhead<br>Store: vintage sports cards | Buy It Now or Best Offer | $25.00 | -- |
|  | 1951 Bowman Baseball #225 Dan Bankhead<br>Store: vintage sports cards | Buy It Now or Best Offer | $25.00 | -- |
|  | 1951 Bowman Baseball #225 Dan Bankhead<br>Store: vintage sports cards | Buy It Now or Best Offer | $25.00 | -- |
|  | 1951 BOWMAN #225 DAN BANKHEAD BV $40<br>Store: SPENCER'S SPORTSTIQUE... | Buy It Now or Best Offer | $9.99 | -- |
|  | 1951 BOWMAN #225 DAN BANKHEAD BV $40<br>Store: SPENCER'S SPORTSTIQUE... | Buy It Now or Best Offer | $9.99 | -- |
|  | 1951 BOWMAN BASEBALL CARD #225 DAN BANKHEAD<br>Store: MADMEN ODDBALL | Buy It Now | $5.00 | -- |
| | 1951 Bowman #225 Dan Bankhead VG-VGEX Brooklyn Dodgers<br>Store: AB Sportscards | Buy It Now | $8.71 | -- |





1951 Bowman #225 Dan Bankhead PSA VG-EX 4 — Buy It Now or Best Offer — $14.00 — ---

Store: Pioneer Numismatics



1951 BOWMAN #225 DAN BANKHEAD BV$40 BROOKLYN DODGERS — Buy It Now or Best Offer — $9.99 — ---

Store: SPENCER'S SPORTSTIQUE...

Showing **37** of **37** items found in eBay Stores

Picture size:

**Page 1 of 1**


**Sponsored links**



**Dan Post mens smooth leather western boots**
**Best Value:** $99.99
**at** Sheplers



**Dan Post mens smooth leather western boots -...**
**Best Value:** $99.99
**at** Sheplers



**Dan Post Teju Lizard Cowboy Boots - (Leather...**
**Best Value:** $219.95
**at** Sierra Trading Post



**Dan Post mens patchwork snake cowboy boots**
**Best Value:** $179.99
**at** Sheplers



**Dan Post mens lizard cowboy boots - medium toe**
**Best Value:** $229.99
**at** Sheplers


**Tools:** Saved searches | Want It Now | RSS Learn more

This page was last updated: Sep-24 11:52. Number of bids and bid amounts may be slightly out of date. See each listing for international shipping options and costs.

eBay Pulse | eBay Reviews | eBay Stores | Half.com | Global Buying Hub | Austria | France | Germany | Italy | Spain | United Kingdom | Popular Searches | New Pulse
Kijiji | PayPal | ProStores | Apartments for Rent | Shopping.com | Skype | Tickets

About eBay | Announcements | Security Center | Resolution Center | eBay Toolbar | Policies | Government Relations | Site Map | Help

Copyright © 1995-2009 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. Use of this Web site constitutes acceptance of the eBay **User Agreement** and **Privacy Policy**.

**eBay official time**