UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 09-7694-DMG(JEMx)** | Date | JULY 15, 2010 |

| | |
|---|---|
| Title | *William F. Bankhead et al., v. Los Angeles Dodger, et al.,* |

| | |
|---|---|
| Present: The Honorable | DOLLY M. GEE, UNITED STATES DISTRICT JUDGE |

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:   IN CHAMBERS - ORDER AND NOTICE TO ALL PARTIES
re Hearing to dismiss action for lack of prosecution (Local Rule 41-1)**

Local Rule 41-1 provides that actions which have been pending for more than a reasonable length of time without any proceedings having been taken may be dismissed without prejudice by the court.

You are hereby notified that this action has been placed on calendar for an Order to show cause re: dismissal for lack of prosecution pursuant to Local Rule 41-1 to be heard on *August 23, 2010 at 9:30 a.m.*

YOU ARE FURTHER NOTIFIED that a written response why the action should not be dismissed must be filed no later than **August 16, 2010.**

It is the plaintiff's responsibility to respond promptly to all orders and to prosecute the action diligently.

**IT IS SO ORDERED.**

cc: all parties